IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAMUEL RANDOLPH** | : | **CIVIL ACTION NO: 1:06-CV-0901** |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **JEFFREY BEARD, et al.,** | : | |
| Respondents | : | |

**ORDER**

AND NOW, this 29th day of June, 2006, upon consideration of the correspondence from the Commonwealth of Pennsylvania Office of General Counsel dated June 28, 2006 and addressed to the attention of the court, advising the court that the Governor of Pennsylvania has signed a warrant for the imposition of the death penalty upon the above-named petitioner, and it appearing that, by the order of court dated May 4, 2006 (Doc. 2), state court proceedings for the execution of petitioner were stayed pending disposition of an anticipated petition for writ habeas corpus, it is hereby ORDERED that:

1. The Clerk of Court is directed to DOCKET the correspondence dated June 28, 2006.

2. It is REAFFIRMED that any state proceedings for the execution of petitioner Samuel Randolph are STAYED pending disposition of the anticipated petition for writ of habeas corpus, or until further order of this court. See 28 U.S.C. § 2251.

/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge