# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAMUEL RANDOLPH,                    :
           Petitioner,         :        CIVIL ACTION
                       :

     v.                           :

JEFFREY BEARD, Commissioner,         :        No. 1:06-CV-0901
Pennsylvania Department of           :
Corrections; LOUIS B. FOLINO,        :        **THIS IS A CAPITAL CASE.**
Superintendent of the State Correctional   :
 Institution at Greene; and FRANKLIN :
J. TENNIS, Superintendent of the State    :        Christopher C. Conner, USDJ
Correctional Institution at Rockview,     :
              Respondents.    :

### EXHIBITS TO PETITIONER'S MOTION TO REACTIVATE HABEAS PROCEEDINGS, TO EXCUSE EXHAUSTION OF STATE REMEDIES IN LIGHT OF SPECIAL CIRCUMSTANCES, AND TO ADDRESS THE MERITS OF ALL OF PETITIONER'S HABEAS CLAIMS

ROBERT BRETT DUNHAM
ANNE L. SAUNDERS, ESQUIRE
Assistant Federal Defenders
Federal Public Defender for the
Middle District of Pennsylvania
Capital Habeas Unit
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
(717) 782-3843
(Robert_Dunham@fd.org)
(Anne_Saunders@fd.org)
Counsel for Petitioner

Dated:  August 6, 2010

# TABLE OF CONTENTS

| | |
|---|---|
| 1. | Docket Statement - Commonwealth v. Samuel B. Randolph, Criminal Number 1746 of 2002 (Court of Common Pleas, Dauphin County) |
| 2. | Progress Notes, May 03, 2009 |
| 3. | Consultation Record, May 04, 2009 |
| 4. | Preliminary Hearing Testimony, May 23, 2002 |
| 5. | Voluntary Statement of Amahl Scott, October 10,  2001 |
| 6. | Voluntary Statement of Kahlil Williams, September 26, 2001 |
| 7. | Supplemental Report of Investigator Carter, September 19, 2001 |
| 8. | Voluntary Statement of Addendum Kevin Pitts, September 21, 2001 |
| 9. | Supplemental Report of Investigator Carter, September 21, 2001 |
| 10. | Supplemental Report of Police Officer O'Connor, September 19, 2001 |
| 11. | Voluntary Statement of Adeleno Horton, September 22, 2001 |
| 12. | Voluntary Statement of Quendell Oliver, September 22, 2001 |
| 13. | Voluntary Statement of Kemyah Washington, September 20, 2001 |
| 14. | Supplemental Report of Investigator  Carter, September 19, 2001 |
| 15. | Commonwealth v. Randolph, 1746 CA 2002 , August 22, 2007 |
| 16. | Supplemental Report of Police Officer Ryan, September 19, 2001 |
| 17. | Supplemental Report of Police Officer  Pickles, September 19, 2001 |
| 18. | Supplemental Report of Investigator Carter, September 19, 2001 |
| 19. | Affidavit of Donald Roebuck |
| 20. | Affidavit of Michael McMullen |
| 21. | Affidavit of Sean Sellars |
| 22. | Affidavit of Shannon Taylor |

# TABLE OF CONTENTS

| 23. | Supplemental Report of Police Officer Walter, September 02, 2001 |
|-----|------------------------------------------------------------------|
| 24. | Supplemental Report of Investigator Lau, September 02, 2001 |
| 25. | Supplemental Report of Investigator Lau, Voluntary Statement of Syreeta Clayton, September 02, 2001 |
| 26. | Statement of Anonymous Informant |
| 27. | DOC Intake Medical History, March 21, 1995 |
| 28. | Initial Reception SCI-CAM, May 15, 2003 |
| 29. | Progress Notes, May 15, 2003 |
| 30. | Progress Notes, August 12, 2003 |
| 31. | Transfer Health Information, August 28, 2003 |
| 32. | Progress Notes, September 17, 2003 |
| 33. | Progress Notes, January 04, 2006 |
| 34. | Progress Notes, December 04, 2008 |
| 35. | Progress Notes, December 10, 2008 |
| 36. | Progress Notes, March 20, 2009 |
| 37. | Physician Orders, December 10, 2008 |
| 38. | Grievance -  258643, January 20, 2009 |
| 39. | Physician's Order, January 23, 2008 |
| 40. | Response to Grievance - 272240, May 21, 2009 |
| 41. | Physicians Order, May 11, 2009 |
| 42. | Progress Notes, June 21, 2005 |
| 43. | Progress Notes, July 07, 2005 |
| 44. | Grievance - 127940, August 28, 2005 |

## TABLE OF CONTENTS

| | |
|---|---|
| 45. | Grievance - 139115, December 20, 2005 |
| 46. | Progress Notes, January 04, 2006 |
| 47. | Grievance - 259060, January 23, 2009 |
| 48. | Progress Notes, February 05, 2009 |
| 49. | Progress Notes, February 20, 2009 |
| 50. | Grievance - 262521, February 22, 2009 |
| 51. | Progress Notes, February 27, 2009 |
| 52. | Progress Notes, March 20, 2009 |
| 53. | Consultation Record, April 03, 2009 |
| 54. | Progress Notes, April 03, 2009 |
| 55. | Progress Notes, April 20, 2009 |
| 56. | Grievance - 273165, May 17, 2009 |
| 57. | Response to Grievance - 127940, August 29, 2005 |
| 58. | Physician Order,  June 21, 2005 |
| 59. | Physician Orders, July 26, 2005 |
| 60. | Response to Grievance - 139115, December 23, 2005 |
| 61. | Progress Notes, March 27, 2009 |
| 62. | Physician Order, February 27, 2009 |
| 63. | Grievance - 272240, May 08, 2009 |
| 64. | Program Committee Review, May 07, 2009 |
| 65. | Letter Sheri Dunham to Judge Hoover, August 08, 2009 |
| 66. | Grievance and Response - 250189, November 14, 2008 |
| 67. | Grievance - 250186. November 14, 2008 |

# TABLE OF CONTENTS

| | |
|---|---|
| 68. | Grievance - 252971, December 07, 2008 |
| 69. | Physician Orders, December 09, 2008 |
| 70. | Appeal for Grievance - 250186 and 250189, December 05, 2008 |
| 71. | Grievance - 266164, March 23, 2009 |
| 72. | Letter of Dr. Melham, May 20, 2010 |
| 73. | Progress Notes, May 23, 2009 |
| 74. | Response to Grievance - 275401, June 16, 2009 |
| 75. | Grievance - 276292, June 09, 2009 |
| 76. | Grievance - 276744, June 14, 2009 |
| 77. | Response to Grievance - 274358, June 16, 2009 |
| 78. | Appeal for Grievance - 274358, June 18, 2009 |
| 79. | Grievance - 277873, June 21, 2009 |
| 80. | Grievance response - 277873, July 06, 2009 |
| 81. | Grievance - 279274, July 01, 2009 |
| 82. | Request to Staff, August 10, 2009 |
| 83. | Grievance - 285848, August 21, 2009 |
| 84. | Grievance - 286114, August 25, 2009 |
| 85. | Grievance - 287129, September 02, 2009 |
| 86. | Grievance - 292842, October 18, 2009 |
| 87. | Appeal for Grievance - 258848, September 03, 2009 |
| 88. | Progress Notes, August 11, 2009 |
| 89. | Progress Notes, August 10, 2009 |
| 90. | Progress Notes, August 11, 2009 |

# TABLE OF CONTENTS

| | |
|---|---|
| 91. | Progress Notes, August 22, 2009 |
| 92. | Response to Grievance - 283603, August 05, 2009 |
| 93. | Response to Grievance - 286114, September 04, 2009 |
| 94. | Grievance - 276274, July 01, 2009 |
| 95. | Grievance - 277319, June 17, 2009 |
| 96. | Response to Grievance  - 277319, July 10, 2009 |
| 97. | Grievance and Response - 278889, July 01, 2009 |
| 98. | Grievance - 303730, January 11, 2010 |
| 99. | Physician's Orders, May 18, 2009 |
| 100. | Physician's Orders, May 20, 2009 |
| 101. | Physicians Orders, June 22, 2009 |
| 102. | Progress Notes, June 23, 2009 |
| 103. | Progress Notes, June 25, 2009 |
| 104. | Progress Notes, July 02, 2009 |
| 105. | Response to Grievance - 278463, June 26, 2009 |
| 106. | Response to Grievance - 277713, June 24, 2009 |
| 107. | Memo, August 21, 2009 |
| 108. | Grievance - 294277, October 27, 2009 |
| 109. | Grievance - 275392, June 01, 2009 |
| 110. | Grievance - 276292, June 09, 2009 |
| 111. | Response to Grievance - 276292, June 20, 2009 |
| 112. | Request to Staff Member, July 12, 2009 |
| 113. | Appeal for Grievance - 281427, July 27, 2009 |

# TABLE OF CONTENTS

| | |
|---|---|
| 114. | Grievance and Response  - 282711, July 28, 2009 |
| 115. | Grievance - 283296, July 30, 2009 |
| 116. | Grievance - 284416, August 09, 2009 |
| 117. | Grievance - 286263, August 26, 2009 |
| 118. | Grievance - 283968, October 26, 2009 |
| 119. | Appeal for Grievance - 277849, July 06, 2009 |
| 120. | Appeal for Grievance - 299776, December 24, 2009 |
| 121. | 08/4/09: Grievance - 283591, August 04, 2009 |
| 122. | 12/3/09: Grievance - 298593, December 03, 2009 |
| 123. | 12/8/09: Grievance - 299214, December 08, 2009 |
| 124. | Response to Grievance - 276739, June 19, 2009 |
| | |

# Exhibit 1

# COURT OF COMMON PLEAS OF DAUPHIN COUNTY

## DOCKET



**Docket Number: CP-22-CR-0001746-2002**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Samuel B Randolph

Page 1 of 35

## CASE INFORMATION

Judge Assigned: Hoover, Todd A.    Date Filed: 05/29/2002    Initiation Date: 05/29/2002
OTN: H4447984    Lower Court Docket No: CR-0000305-02
Initial Issuing Authority: James Pianka    Final Issuing Authority: James Pianka
Arresting Agency: Harrisburg Police Dept    Arresting Officer: Affiant
Case Local Number Type(s)    Case Local Number(s)
    Legacy Docket Number    1746-CD-2002
    Legacy Docket Number    1746-CR-2002

## STATUS INFORMATION

| Case Status: | Closed | Status Date | Processing Status | | Arrest Date: | 04/25/2002 |
|---|---|---|---|---|---|---|
| | | 01/27/2010 | Completed | | | |
| | | 10/02/2006 | Awaiting Post Sentence Motion Hearing | | | |
| | | 05/15/2003 | Migrated Final Disposition | | | |
| | | 05/29/2002 | Migrated Case | | | |
| | | | | | Complaint Date: | 04/25/2002 |

## CONFINEMENT INFORMATION

| Confinement Known As Of | Confinement Type | Destination Location | Confinement Reason | Still in Custody |
|---|---|---|---|---|
| 04/23/2005 | DOC Confined | SCI Greene | | Yes |
| 07/14/2010 | DOC Confined | SCI Graterford | | Yes |

## DEFENDANT INFORMATION

Date Of Birth:    City/State/Zip:

Alias Name
Randolph, Samuel
Sam
Sammy

## CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Randolph, Samuel B. |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF DAUPHIN COUNTY

## DOCKET



Docket Number: CP-22-CR-0001746-2002

# CRIMINAL DOCKET

Court Case

Commonwealth of Pennsylvania

v.

Samuel B Randolph

Page 2 of 35

## CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Date | OTN |
|------|-----------|-------|---------|---------------------|--------------|-----|
| 1 | 1 | H1 | 18 § 2502 §§A | Murder Of The First Degree | 09/19/2001 | H4447984 |
| 2 | 2 | H1 | 18 § 2502 §§A | Murder Of The First Degree | 09/19/2001 | H4447984 |
| 3 | 3 | F | 18 § 901 §§A | Criminal Attempt | 09/19/2001 | H4447984 |
| 4 | 4 | F | 18 § 903 §§A1 | Criminal Conspiracy [F] | 09/19/2001 | H4447984 |
| 5 | 5 | F1 | 18 § 2702 §§A1 | Aggravated Assault | 09/19/2001 | H4447984 |
| 6 | 6 | F1 | 18 § 2702 §§A1 | Aggravated Assault | 09/19/2001 | H4447984 |
| 7 | 7 | F1 | 18 § 2702 §§A1 | Aggravated Assault | 09/19/2001 | H4447984 |
| 8 | 8 | F1 | 18 § 2702 §§A1 | Aggravated Assault | 09/19/2001 | H4447984 |
| 9 | 9 | F1 | 18 § 2702 §§A1 | Aggravated Assault | 09/19/2001 | H4447984 |
| 10 | 10 | M3 | 18 § 6105 | Former Convict Not To Own Etc Firearm | 09/19/2001 | H4447984 |
| 11 | 11 | F3 | 18 § 6106 §§A | Carrying Firearm Without A License | 09/19/2001 | H4447984 |
| 12 | 12 | M2 | 18 § 2705 | Recklessly Endangering Another Person | 09/19/2001 | H4447984 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF DAUPHIN COUNTY

## DOCKET

**Docket Number: CP-22-CR-0001746-2002**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Samuel B Randolph

Page 3 of 35

## DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event | Disposition Date | Final Disposition |
|---|---|---|
| Sequence/Description | Offense Disposition | Section |
| Sentencing Judge | Sentence Date | Credit For Time Served |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date |
| Sentence Conditions | | |
| Linked Offense - Sentence | Link Type | Linked Docket Number |

**Migrated Disposition**

| Migrated Dispositional Event | 05/15/2003 | Final Disposition |
|---|---|---|
| 1 / Murder Of The First Degree | Guilty | 18§2502§§A |
| Migrated, Judge | 07/10/2003 | |
| Confinement | | |
| Death Penalty | | |
| Financial Assessments | | |
| | | |
| 2 / Murder Of The First Degree | Guilty | 18§2502§§A |
| Migrated, Judge | 07/10/2003 | |
| Confinement | | |
| Death Penalty | | |
| Financial Assessments | | |
| | | |
| 3 / Criminal Attempt | Guilty | 18§901§§A |
| Migrated, Judge | 07/10/2003 | |
| Confinement | Min of 40.00 Years | |
| Financial Assessments | Min of 40.00 Years | |
| | | |
| 4 / Criminal Conspiracy [F] | Guilty | 18§903§§A1 |
| Migrated, Judge | 07/10/2003 | |
| Confinement | Min of 20.00 Years | |
| Financial Assessments | Min of 20.00 Years | |
| | | |
| 6 / Aggravated Assault | Guilty | 18§2702§§A1 |
| Migrated, Judge | 07/10/2003 | |
| Confinement | Min of 4.00 Years | |
| Financial Assessments | Min of 4.00 Years | |
| | | |
| 7 / Aggravated Assault | Guilty | 18§2702§§A1 |
| Migrated, Judge | 07/10/2003 | |
| Confinement | Min of 4.00 Years | |

Printed: 08/02/2010

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF DAUPHIN COUNTY

## DOCKET



**Docket Number: CP-22-CR-0001746-2002**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Samuel B Randolph

Page 4 of 35

## DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event | Disposition Date | Final Disposition |
|---|---|---|
| Sequence/Description | Offense Disposition | Section |
| Sentencing Judge | Sentence Date | Credit For Time Served |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date |
| Sentence Conditions | | |
| Linked Offense - Sentence | Link Type | Linked Docket Number |
| Financial Assessments | Min of 4.00 Years | |

| 8 / Aggravated Assault | Guilty | 18§2702§§A1 |
|---|---|---|
| Migrated, Judge | 07/10/2003 | |
| Confinement | Min of 4.00 Years | |
| Financial Assessments | Min of 4.00 Years | |

| 9 / Aggravated Assault | Guilty | 18§2702§§A1 |
|---|---|---|
| Migrated, Judge | 07/10/2003 | |
| Confinement | Min of 4.00 Years | |
| Financial Assessments | Min of 4.00 Years | |

| 10 / Former Convict Not To Own Etc Firearm | Guilty | 18§6105 |
|---|---|---|
| Migrated, Judge | 07/10/2003 | |
| Confinement | Min of 4.00 Years | |
| Financial Assessments | Min of 4.00 Years | |

| 11 / Carrying Firearm Without A License | Guilty | 18§6106§§A |
|---|---|---|
| Migrated, Judge | 07/10/2003 | |
| Confinement | Min of 2.00 Years | |
| Financial Assessments | Min of 2.00 Years | |

| 12 / Recklessly Endangering Another Person | Guilty | 18§2705 |
|---|---|---|
| Migrated, Judge | 07/10/2003 | |
| Confinement | Min of 2.00 Years | |
| Financial Assessments | Min of 2.00 Years | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF DAUPHIN COUNTY

## DOCKET



**Docket Number: CP-22-CR-0001746-2002**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Samuel B Randolph

Page 6 of 35

## ENTRIES

| Sequence Number | CP Filed Date | Document Date |
|---|---|---|
| 1 | 04/25/2002 | |

Date filed at District Justice
  Date filed at District Justice

Migrated, Filer

| 1 | 05/29/2002 | |

Migrated Case Initiation Registry E
  Migrated Case Initiation Registry Entry

Unknown Filer

| 1 | 05/29/2002 | |

Date Filed With Clerk of Court
  Date Filed With Clerk of Court

Migrated, Filer

| 1 | 05/31/2002 | |

Hearing scheduled for  (Arraignment
  Hearing scheduled for  (Arraignment  07/11/2002 09:00 AM)

Migrated, Filer

| 1 | 07/05/2002 | |

DA prosecuting case: Francis T. Cha
  DA prosecuting case: Francis T. Chardo

Migrated, Filer

| 1 | 07/10/2002 | |

DA's Information Sheet, filed
  DA's Information Sheet, filed

Migrated, Filer

| 1 | 07/11/2002 | |

Hearing scheduled for  (Jury Trial
  Hearing scheduled for  (Jury Trial  09/09/2002 09:00 AM)

Migrated, Filer

AOPC 2220 - Rev 08/02/2010

Printed:  08/02/2010

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF DAUPHIN COUNTY

## DOCKET



**Docket Number: CP-22-CR-0001746-2002**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Samuel B Randolph

Page 7 of 35

## ENTRIES

| Sequence Number | CP Filed Date | Document Date |
|---|---|---|

2                  07/11/2002
Commonwealth's Notice of Aggravated
   Commonwealth's Notice of Aggravated Circumstances, filed

Migrated, Filer

---

1                  07/23/2002
Order (7/19/02) Of Court, Roger Lag
   Order (7/19/02) Of Court, Roger Laguna, Esq., is appointed to represent deft., filed.

Migrated, Filer

---

1                  08/30/2002
Order (8/27/02) Of Court, order of
   Order (8/27/02) Of Court, order of 7/19/02 appointing Roger Laguna, Esq., to represent deft is vacated & Allen C. Welch, Esq., is appointed to represent deft., filed./dist. 8/30/02 @ 11:30 a.m.

Migrated, Filer

---

1                  11/26/2002
Judge assigned to case.
   Judge assigned to case.

Migrated, Filer

---

1                  12/09/2002
Continuance granted. Hearing schedu
   Continuance granted. Hearing scheduled for  (Court  02/10/2003 09:00 AM)

Migrated, Filer

---

1                  12/30/2002
Pre-Trial Conference Hearing, 1/3/0
   Pre-Trial Conference Hearing, 1/3/03 @ 2:30 p.m., filed./dist. 12/30/02 @ 11:30 a.m.  via IO & Mail  See 301 CR 2002

Migrated, Filer

---

1                  01/03/2003
Pre-trial hearing today. Trial re-s
   Pre-trial hearing today. Trial re-scheduled for March 10, 2003/ jury to be picked approx. March 6 and 7, 2003.

Migrated, Filer

---

AOPC 2220 - Rev 08/02/2010                                                                                          Printed:  08/02/2010

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

## COURT OF COMMON PLEAS OF DAUPHIN COUNTY

### DOCKET



**Docket Number: CP-22-CR-0001746-2002**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Samuel B Randolph

Page 8 of 35

### ENTRIES

| Sequence Number | CP Filed Date | Document Date |
|---|---|---|

**1**      01/06/2003

Order (1/3/03) Of Court, Court dire

Order (1/3/03) Of Court, Court directs that w/in 20 dys of date of this Order, all defense pretrial motions be filed. Further, trial date sched. 3/10/03 & jury selection to commence 3/6/03 @ 9:00 a.m. & 3/7/03 @ 9:00 a.m., filed./dist. 1/6/03 @ 1:30 p.m. via IO & Mail  See 301 CR 2002

Migrated, Filer

---

**1**      01/07/2003

Order, deft's application for discl

Order, deft's application for disclosure is granted, (see order in file for more info.), filed.

Migrated, Filer

---

**1**      01/27/2003

(Def/Welch/Priv)  Deft's Omnibus Pr

(Def/Welch/Priv)  Deft's Omnibus Pretrial Motion, filed  See 1220 CR 2002

Migrated, Filer

---

**1**      02/06/2003

Transcript of Proceedings - Pretria

Transcript of Proceedings - Pretrial Motion on (1-31-03), by Judge: Todd Hoover, filed.   SEE ALSO:   1220, 1374 Cr 2002.

Migrated, Filer

---

**1**      02/19/2003

(Def/Welch/Priv)  Motion for Contin

(Def/Welch/Priv)  Motion for Continuance, filed  See 1220 CR 2002

Migrated, Filer

---

**2**      02/19/2003

(Def/Welch/Priv)  Application For T

(Def/Welch/Priv)  Application For The Appointment Of A Private Investigator, filed.  See 1220 CR 2002

Migrated, Filer

---

**1**      02/20/2003

Amended Order (2/19/03), upon consi

Amended Order (2/19/03), upon consideration of Order dated 2/5/03, Court Grants extension of time to both parties to file briefs by 2/24/03, filed./dist. 2/20/03 @ 10:30 a.m.  via IO & Mail  See 1220 CR 2002

Migrated, Filer

---

     Printed: 08/02/2010

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF DAUPHIN COUNTY

## DOCKET



**Docket Number: CP-22-CR-0001746-2002**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Samuel B Randolph

Page 9 of 35

## ENTRIES

| Sequence Number | CP Filed Date | Document Date |
|---|---|---|

1      02/24/2003
Memorandum of Law, filed
   Memorandum of Law, filed

                                                      Migrated, Filer

1      02/25/2003
Order (2/24/03), employment of an I
   Order (2/24/03), employment of an Investigator is denied w/out prejudice to file an amended application in compliance with A.O. 02-0626.  Amended applications must contain an hourly rate & not to exceed amt., filed./dist. 2/25/03 @ 3:40 p.m. via Mail & IO See 1220 CR 2002

                                                      Migrated, Filer

1      02/27/2003
Order (2/26/03), Pre-Trial Hearing
   Order (2/26/03), Pre-Trial Hearing sched. 3/27/03 @ 1:30 p.m., filed./dist. 2/27/03 @ 10:20 a.m.  via IO & Mail  See 301 CR 2002

                                                      Migrated, Filer

1      02/28/2003
(Comm/Chardo/DA) - Commonwealth's M
   (Comm/Chardo/DA) - Commonwealth's Motion in Limine, filed.  SEE ALSO: # 1220, 1374 CR 2002.

                                                      Migrated, Filer

1      03/05/2003
Order (3/4/03), argument on Mot. in
   Order (3/4/03), argument on Mot. in Limine sched.  3/27/03 @ 1:30 p.m., filed./dist. 3/6/03 @ 3:30 p.m.  via IO & Mail See 1220 CR 2002

                                                      Migrated, Filer

2      03/05/2003
Defendant to be produced, filed./di
   Defendant to be produced, filed./dist. 3/6/03 @ 3:30 p.m. via IO

                                                      Migrated, Filer

3      03/05/2003
Hearing scheduled for (Court 05/0
   Hearing scheduled for (Court 05/07/2003 09:00 AM) per Writ dated 3/4/03

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF DAUPHIN COUNTY

## DOCKET

**Docket Number: CP-22-CR-0001746-2002**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Samuel B Randolph

Page 10 of 35

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | |
|---|---|---|---|
| | | | Migrated, Filer |
| 1 | 03/17/2003 | | |
| Order(3/14/03), filed Continuance g | | | |
| Order(3/14/03), filed Continuance granted to 5/5/03/dist. 3/17/03 @ 11:15 a.m. via IO, Mail & PR See 1220 CR 2002 | | | |
| | | | Migrated, Filer |
| 2 | 03/17/2003 | | |
| Hearing scheduled for (Court 05/0 | | | |
| Hearing scheduled for (Court 05/05/2003 09:00 AM) | | | |
| | | | Migrated, Filer |
| 1 | 04/04/2003 | | |
| Order, Court approves hiring of pri | | | |
| Order, Court approves hiring of priv. invest. for $40.00 per hr, amt. not to exceed $1,000.00 except by further Order of Court, filed./dist. 4/7/03 @ 8:00 a.m. via IO & Mail See 1220 CR 2002 | | | |
| | | | Migrated, Filer |
| 1 | 04/08/2003 | | |
| Stipulation of Facts, filed | | | |
| Stipulation of Facts, filed | | | |
| | | | Migrated, Filer |
| 1 | 04/23/2003 | | |
| Defendant to be produced, filed./di | | | |
| Defendant to be produced, filed./dist. 4/23/03 @ 1:30 p.m. via IO & PR | | | |
| | | | Migrated, Filer |
| 2 | 04/23/2003 | | |
| Hearing scheduled for (Court 05/0 | | | |
| Hearing scheduled for (Court 05/09/2003 08:30 AM) per Writ dated 4/22/03 | | | |
| | | | Migrated, Filer |
| 3 | 04/23/2003 | | |
| Defendant to be produced, filed./di | | | |
| Defendant to be produced, filed./dist. 4/23/03 @ 1:30 p.m. via IO & PR | | | |
| | | | Migrated, Filer |

AOPC 2220 - Rev 08/02/2010

Printed:  08/02/2010

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF DAUPHIN COUNTY

## DOCKET



**Docket Number: CP-22-CR-0001746-2002**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Samuel B Randolph

Page 11 of 35

## ENTRIES

| Sequence Number | CP Filed Date | Document Date |
|---|---|---|
| 4 | 04/23/2003 | |

Hearing scheduled for (Court 05/0

   Hearing scheduled for (Court 05/08/2003 08:30 AM)

Migrated, Filer

| 5 | 04/23/2003 | |
|---|---|---|

Defendant to be produced, filed./di

   Defendant to be produced, filed./dist. 4/23/03 @ 1:30 p.m.  via IO & PR

Migrated, Filer

| 6 | 04/23/2003 | |
|---|---|---|

Defendant to be produced, filed./di

   Defendant to be produced, filed./dist. 4/23/03 @ 1:30 p.m.  via IO & PR

Migrated, Filer

| 7 | 04/23/2003 | |
|---|---|---|

Hearing scheduled for (Court 04/3

   Hearing scheduled for (Court 04/30/2003 08:30 AM)  per Writ dated 4/22/03

Migrated, Filer

| 1 | 04/24/2003 | |
|---|---|---|

Com/Chardo/DA   Stipulation of fact

   Com/Chardo/DA   Stipulation of facts, filed

Migrated, Filer

| 1 | 05/01/2003 | |
|---|---|---|

(Judge:  Hoover) - Omnibus Pre-Tria

   (Judge:  Hoover) - Omnibus Pre-Trial Memorandum Opinino and Order signed (4-30-03), filed.   DIST:   5-1-03 @ 9:05 - (via - mail, i.o.)  SEE ALSO:  # 1220, 1374 CR 2002.

Migrated, Filer

| 2 | 05/01/2003 | |
|---|---|---|

Defendant: Randolph, Samuel B Attor

   Defendant: Randolph, Samuel B Attorney of Record:   Samuel C Stretton

Migrated, Filer

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF DAUPHIN COUNTY

## DOCKET



**Docket Number: CP-22-CR-0001746-2002**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Samuel B Randolph

Page 12 of 35

## ENTRIES

| Sequence Number | CP Filed Date | Document Date |
| --- | --- | --- |

3      05/01/2003

Order (4/30/03), should Alister Cam

Order (4/30/03), should Alister Campbell be unavailable for trial, transcripts of Preliminary Hearing may be read to jury as substantive evidence for the fact finder's consideration, filed./dist. 5/1/03 @ 11:15 a.m.  via IO & Mail  See 1220 CR 2002

Migrated, Filer

4      05/01/2003

Order Of Court, Commonwealth is per

Order Of Court, Commonwealth is permitted to file amended informations on 1220 CR 2002 & 1374 CR 2002, filed./dist. 5/1/03 @ 11:15 a.m.  via IO & Mail  See 1220 CR 2002

Migrated, Filer

1      05/13/2003

Com/Chardo/DA Comm's Points for Cha

Com/Chardo/DA Comm's Points for Charge, filed.

Migrated, Filer

1      05/15/2003

Migrated Automatic Registry Entry (

Migrated Automatic Registry Entry (Disposition) Text

Migrated, Filer

1      05/15/2003

(Comm/Chardo/DA) - Commonwealth's P

(Comm/Chardo/DA) - Commonwealth's Proposed Jury Instructions for Sentencing Hearing, filed.  SEE ALSO:  #  1220, 1374 CR 2002.

Migrated, Filer

2      05/15/2003

Jury Trial held - defendant found g

Jury Trial held - defendant found guilty on all charges.  Counts 1 and 2 and Murder 1st Degree.  Other counts sentence deferred. Penalty phase - jury verdict death on counts 1 and 2.

Migrated, Filer

AOPC 2220 - Rev 08/02/2010

Printed:  08/02/2010

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF DAUPHIN COUNTY

## DOCKET



**Docket Number: CP-22-CR-0001746-2002**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Samuel B Randolph

Page 13 of 35

## ENTRIES

| Sequence Number | CP Filed Date | Document Date |
|---|---|---|

**1**    05/20/2003

Order Of Court, material witness wa

Order Of Court, material witness warrants issued for Lisa Watson, John Brown & Reginald Gillespie are rescinded, filed./dist. 5/21/03 @ 11:30 a.m. via IO & Mail

Migrated, Filer

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**1**    05/23/2003

Sheriff Return, filed

Sheriff Return, filed

Migrated, Filer

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**2**    05/23/2003

Sheriff Return, filed

Sheriff Return, filed

Migrated, Filer

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**3**    05/23/2003

Sheriff Return, filed

Sheriff Return, filed

Migrated, Filer

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**4**    05/23/2003

Sheriff Return, filed (2)

Sheriff Return, filed (2)

Migrated, Filer

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**1**    05/29/2003

Order Of Court, Reginald Gillespie

Order Of Court, Reginald Gillespie to be immed. released from DCP, filed./dist. 5/29/03 @ 11:20 a.m. via PR & Fax

Migrated, Filer

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**1**    05/30/2003

Sentencing Order, sentencing sched.

Sentencing Order, sentencing sched. 7/10/03 @ 9:00 a.m., filed./dist. 6/2/03 @ 11:30 a.m. via IO, Mail & done by Sec. See 1220 CR 2002

Migrated, Filer

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF DAUPHIN COUNTY

## DOCKET



**Docket Number: CP-22-CR-0001746-2002**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Samuel B Randolph

Page 14 of 35

## ENTRIES

| Sequence Number | CP Filed Date | Document Date |
|---|---|---|
| 2 | 05/30/2003 | |

Hearing scheduled for  (Sentencing

   Hearing scheduled for  (Sentencing  07/10/2003 09:00 AM)

Migrated, Filer

| 1 | 06/09/2003 | |
|---|---|---|

Defendant to be produced, filed./di

   Defendant to be produced, filed./dist. 6/9/03 @ 11:00 a.m.  via IO  See 1220 CR 2002

Migrated, Filer

| 1 | 07/09/2003 | |
|---|---|---|

Transcript of Proceedings - Continu

   Transcript of Proceedings - Continuance on (12-9-02), by Judge:  Todd Hoover, filed.   SEE ALSO:   # 301, 302, 303, 1220, 1374 CR 2002.

Migrated, Filer

| 2 | 07/09/2003 | |
|---|---|---|

Transcript of Proceedings - Pretria

   Transcript of Proceedings - Pretrial Motions on (3-27-03), by Judge:  Todd Hoover, filed.   SEE ALSO:   # 1220, 1374 CR 2002.

Migrated, Filer

| 3 | 07/09/2003 | |
|---|---|---|

Transcript of Proceedings - Pretria

   Transcript of Proceedings - Pretrial Motions on (4-3-03), by Judge:  Todd Hoover, filed.   SEE ALSO:   # 1220, 1374 CR 2002.

Migrated, Filer

| 4 | 07/09/2003 | |
|---|---|---|

Transcript of Proceedings - Vol. I

   Transcript of Proceedings - Vol. I - Jury Selection on (5-5-03), by Judge:  Todd Hoover, filed.   SEE ALSO:   # 1220, 1374 CR 2002.

Migrated, Filer

| 5 | 07/09/2003 | |
|---|---|---|

Transcript of Proceedings - Vol. II

   Transcript of Proceedings - Vol. III on (5-8-03), by Judge:  Todd Hoover, filed. SEE ALSO:  # 1220, 1374 CR 2002.

Migrated, Filer

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF DAUPHIN COUNTY

## DOCKET



**Docket Number: CP-22-CR-0001746-2002**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Samuel B Randolph

Page 15 of 35

## ENTRIES

| Sequence Number | CP Filed Date | Document Date |
|---|---|---|

**6**      07/09/2003
Transcript of Proceedings - Vol. IV
    Transcript of Proceedings - Vol. IV on (5-9-03), by Judge: Todd Hoover, filed. SEE ALSO: # 1220, 1374 CR 2002.
          Migrated, Filer

**7**      07/09/2003
Transcript of Proceedings - Vol. V
    Transcript of Proceedings - Vol. V on (5-12-03), by Judge: Todd Hoover, filed. SEE ALSO: # 1220, 1374 CR 2002.
          Migrated, Filer

**8**      07/09/2003
Transcript of Proceedings - Vol. VI
    Transcript of Proceedings - Vol. VI on (5-13-03), by Judge: Todd Hoover, filed. SEE ALSO: # 1220, 1374 CR 2002.
          Migrated, Filer

**9**      07/09/2003
Transcript of Proceedings - Vol. VI
    Transcript of Proceedings - Vol. VII on (5-14-03), by Judge: Todd Hoover, filed. SEE ALSO: # 1220, 1374 CR 2002.
          Migrated, Filer

**10**      07/09/2003
Transcript of Proceedings - Vol. Vi
    Transcript of Proceedings - Vol. Viii on (5-15-03), by Judge: Todd Hoover, filed. SEE ALSO: # 1220, 1374 CR 2002.
          Migrated, Filer

**1**      07/10/2003
Migrated Sentence
    Migrated Sentence
          Migrated, Filer

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.



# COURT OF COMMON PLEAS OF DAUPHIN COUNTY

## DOCKET

**Docket Number: CP-22-CR-0001746-2002**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Samuel B Randolph

Page 16 of 35

## ENTRIES

| Sequence Number | CP Filed Date | Document Date |
|---|---|---|

**1**      07/10/2003

Sentencing hearing held - Counts 1,

Sentencing hearing held - Counts 1,2- Sent to Death on 5-15-03. Count 2 CC with Ct 1. no fine  Credit 11-28-01 to 7-10-03.  Count 3, Crim Attmp, Sent to 20-40 yrs SCI, fine $100 plus costs. Count 4, Crim Consp, sent to 10-20 yrs, no fine, CS with Ct 3 Count 5- Merged Count 6, Agg Assault, Sent to 8-16yrs, no fine, CS with Ct 4 Count 7, Agg Assault, Sent to 8-16 yrs, no fine, CC with Ct 6 Count 8, Agg Assault, Sent to 8-16 yrs, no fine, CC with Ct 6. Count 9, Agg Assault, Sent to 8-16 yrs, no fine, CC with Ct 6. Count 10, Firearms, Sent to 2-4 yrs, no fine, CC with Ct 9. Count 11, Firearm, Sent to 1-2 yrs, no fine, CC with Ct 10. Count 12, REAP, Sent to 1-2 yrs, no fine, CC with Ct 11

Migrated, Filer

**1**      07/18/2003

Commonwealth's Answer To Defendant'

Commonwealth's Answer To Defendant's Motion To Modify And Reconsider Sentence, filed.  See 1220 CR 2002

Migrated, Filer

**1**      07/22/2003

Transcript of Proceedings - Confere

Transcript of Proceedings - Conference Call on (5-1-03), by Judge:  Todd Hoover, filed. SEE ALSO:  # 1220, 1374 CR 2002.

Migrated, Filer

**2**      07/22/2003

Transcript of Proceedings - Sentenc

Transcript of Proceedings - Sentencing on (7-10-03), by Judge: Todd Hoover, filed.  SEE ALSO: # 1220, 1374 CR 2002.

Migrated, Filer

**1**      07/28/2003

Sheriff Return, filed

Sheriff Return, filed

Migrated, Filer

**1**      08/05/2003

(Supreme Court - Phila.) - Sent not

(Supreme Court - Phila.) - Sent notification of this case being a Death Penalty Case to Supreme Court of Phil. (per their request)

Migrated, Filer

---

AOPC 2220 - Rev 08/02/2010

Printed:  08/02/2010

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF DAUPHIN COUNTY

## DOCKET

Docket Number: CP-22-CR-0001746-2002

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Samuel B Randolph

Page 17 of 35

## ENTRIES

| Sequence Number | CP Filed Date | Document Date |
|---|---|---|

**1**                08/07/2003

Transcript of Proceedings - Vol. II

    Transcript of Proceedings - Vol. II - Jury Selection on (5-6-03), by Judge:  Todd Hoover, filed.  SEE ALSO:  # 1220, 1374 CR 2002.

                    Migrated, Filer

---

**1**                08/12/2003

(Def/Stretton/Priv) Defendant's Mot

    (Def/Stretton/Priv) Defendant's Motion for a New Trial Based on Newly Discovered Evidence That the Police Withheld and Did Not Timely Turn Over to the Defense, filed. See also 1220,1374CR02

                    Migrated, Filer

---

**1**                08/19/2003

Hearing scheduled for  (Hearing  09

    Hearing scheduled for  (Hearing  09/05/2003 01:00 PM)

                    Migrated, Filer

---

**2**                08/19/2003

Hearing scheduled for  (Hearing  09

    Hearing scheduled for  (Hearing  09/05/2003 01:00 PM)

                    Migrated, Filer

---

**1**                08/20/2003

Order (8-19-03), filed.  Hearing on

    Order (8-19-03), filed.  Hearing on newly discovred evidence scheduled for 9-5-03. (See 1220CR2002)

                    Migrated, Filer

---

**1**                08/22/2003

Defendant to be produced 9-5-03 for

    Defendant to be produced 9-5-03 for hearing.  Dist. 8-22-03 at 10:08 via IO.

                    Migrated, Filer

---

**1**                09/05/2003

(Comm/Chardo/DA) - Commonwealth's M

    (Comm/Chardo/DA) - Commonwealth's Memorandum of Law in Opposition to Defendant's Motion for a New Trial Based on After-Discovered Evidence, filed.  SEE ALSO:  # 1220, 1374 CR 2002.

                    Migrated, Filer

---

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF DAUPHIN COUNTY

## DOCKET



**Docket Number: CP-22-CR-0001746-2002**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Samuel B Randolph

Page 18 of 35

## ENTRIES

| Sequence Number | CP Filed Date | Document Date |
|---|---|---|

**2**              09/05/2003
Hearing Held, Record to be kept ope
   Hearing Held, Record to be kept open for 10 days to permit futher testimony/ Evidence related to 1st Murder.

Migrated, Filer

- - -

**1**              09/15/2003
Stipulation,filed. See 1220 cr 02
   Stipulation,filed. See 1220 cr 02

Migrated, Filer

- - -

**1**              09/16/2003
Order (09/11/03), filed. (See 1220C
   Order (09/11/03), filed. (See 1220CR2002)

Migrated, Filer

- - -

**1**              09/22/2003
Transcript of Proceedings - Hearing
   Transcript of Proceedings - Hearing on After-Discovered Evidence on (9-5-03), by Judge:   Todd Hoover, filed.     SEE ALSO:  # 1220, 1374 CR 2002.

Migrated, Filer

- - -

**1**              10/01/2003
Sheriff Return, filed
   Sheriff Return, filed

Migrated, Filer

- - -

**1**              10/17/2003
(Def/Stretton/Priv) Defendant's Bri
   (Def/Stretton/Priv) Defendant's Brief In Support of the Request for a New Trial Based on After Discovered Evidence and/or Evidence that the Police Failed to Turn Over, filed. See also 1374, 1220 CR02

Migrated, Filer

- - -

**1**              10/29/2003
(Stretton/Def/Priv) Motion for afte
   (Stretton/Def/Priv) Motion for after Discovered Evidence, filed

Migrated, Filer

- - -

AOPC 2220 - Rev 08/02/2010                                                                 Printed:  08/02/2010

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF DAUPHIN COUNTY

## DOCKET



**Docket Number: CP-22-CR-0001746-2002**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Samuel B Randolph

Page 19 of 35

## ENTRIES

| Sequence Number | CP Filed Date | Document Date |
|---|---|---|

**1**          10/30/2003

Com/Chardo/DA Commonwealth's  answe

   Com/Chardo/DA Commonwealth's  answer to defendant's motion for after discovered evidence, filed.

                        Migrated, Filer

**2**          10/30/2003

Com/Chardo/DA Commonwealth's memora

   Com/Chardo/DA Commonwealth's memorandum of law in support of its answer to defendant's motion for after discovered evidence, filed

                        Migrated, Filer

**1**          11/04/2003

Transcript of Proceedings - Arriagn

   Transcript of Proceedings - Arriagnment on (7-11-02), by Judge:  Bruce Bratton, filed.

                        Migrated, Filer

**2**          11/04/2003

(DA/Chardo) Commonwealth's Brief In

   (DA/Chardo) Commonwealth's Brief In Opposition To Defendant's Post-Sentence Motions, filed  (See 1220CR2002)

                        Migrated, Filer

**1**          11/05/2003

(Def/Stretton/Priv) Defendant's Mot

   (Def/Stretton/Priv) Defendant's Motion for a New Trial Based on the Fact that False Testimony was Presented, filed.

                        Migrated, Filer

**1**          11/06/2003

Transcript of Proceedings - Pretria

   Transcript of Proceedings - Pretrial Motion on (1-3-03), by Judge:  Todd Hoover, filed.  SEE ALSO:  # 301, 302, 303, 1220, 1374 CR 2002.

                        Migrated, Filer

**2**          11/06/2003

(Def/Stretton/Priv) Defendant's Sup

   (Def/Stretton/Priv) Defendant's Supplemental Motion for a New Trial Based on the Fact that False Testimony was Presented, filed.

                        Migrated, Filer

Printed:  08/02/2010

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

## COURT OF COMMON PLEAS OF DAUPHIN COUNTY

### DOCKET



**Docket Number: CP-22-CR-0001746-2002**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Samuel B Randolph

Page 20 of 35

### ENTRIES

| Sequence Number | CP Filed Date | Document Date |
|---|---|---|

**1**   11/20/2003

Order (11/18/03), filed Motion to M

Order (11/18/03), filed Motion to Modify and Reconsider Sentence - Denied. Motion for a New Trial - Denied. Motion for After Discovered Evidence - Denied. Defendant's Supplemental Motion for a New Trial Based on the Fact that False Testimony was Presented - Denied. Dist 11/20/03 @ 9:43 via IO, Mail

Migrated, Filer

---

**1**   12/05/2003

(Def/Stretton/Priv) - Notice of App

(Def/Stretton/Priv) - Notice of Appeal to Supreme Court (Phila.);  Filing Fees, filed.  SEE ALSO:  # 1220, 1374 CR 2002.

Migrated, Filer

---

**2**   12/05/2003

(Supreme Court - Phila.) - Appeal m

(Supreme Court - Phila.) - Appeal mailed to Supreme Court;  (Jackie has Original)

Migrated, Filer

---

**1**   12/22/2003

(Supreme Court - # 432 Capital Appe

(Supreme Court - # 432 Capital Appeal Docket) - Record Due:  40 days from the file date of the Noitce of Appeal.  SEE ALSO:  # 1220, 1374 CR 2002.

Migrated, Filer

---

**1**   01/06/2004

Order (1/5/04), filed Defendant to

Order (1/5/04), filed Defendant to file Concise Statement of Matterswithin 10 days/ Comm file a Responsive Brief within 10 days thereafter. Dist 1/6/04 @ 10:14 via Mail

Migrated, Filer

---

**1**   01/22/2004

(Supreme Court - # 432 Capital Appe

(Supreme Court - # 432 Capital Appeal Docket) - Mailed file to Supreme Court of Phila.  SEE ALSO:  # 1220, 1374 CR 2002.

Migrated, Filer

---

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF DAUPHIN COUNTY

## DOCKET



**Docket Number: CP-22-CR-0001746-2002**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Samuel B Randolph

Page 21 of 35

## ENTRIES

| Sequence Number | CP Filed Date | Document Date |
|---|---|---|

**1**    01/27/2004

(Def/Stretton/Priv) - 1925(b) State

(Def/Stretton/Priv) - 1925(b) Statement;  Brief in Support of 1925(b) Statement, filed.   SEE ALSO:   # 1220, 1374 CR 2002.

Migrated, Filer

---

**1**    03/16/2004

Transcript of Proceedings - Excerpt

Transcript of Proceedings - Excerpt of Proceedings - Testimony of Deidra Bowman on (5-12-03), by Judge:   Todd Hoover, filed. SEE ALSO: # 1220, 1374 CR 2002.

Migrated, Filer

---

**1**    03/17/2004

(Judge: Hoover) - 1925 Opinion in

(Judge: Hoover) - 1925 Opinion in Support of Order, filed.   DIST:   3-17-04 @ 10:45 - (via - mail, i.o.).   SEE ALSO:   # 1220, 1374 CR 2002.

Migrated, Filer

---

**2**    03/17/2004

(Supreme Court - # 432 Capital Appe

(Supreme Court - # 432 Capital Appeal Docket) - Mailed a Supplemental of 1925 Opinion and 1925 (b) Statement with Brief to Supreme Court on Appeal with 8 copies.

Migrated, Filer

---

**1**    03/23/2004

(Supreme Court - # 432 Capital Appe

(Supreme Court - # 432 Capital Appeal Docket) - Mailed a supplemental of Transcript - Excerpt of Proceedings - Testimony of Deidra Bowman to Supreme Court on appeal. (plus 8 copies)

Migrated, Filer

---

**1**    04/14/2006

Case Correspondence from Supreme Court - (#432 Capital Appeal Docket)

SEE ALSO:  # 1220, 1374 CR 2002

Supreme Court of Pennsylvania - Eastern District

---

AOPC 2220 - Rev 08/02/2010

Printed:  08/02/2010

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

## COURT OF COMMON PLEAS OF DAUPHIN COUNTY

### DOCKET



**Docket Number: CP-22-CR-0001746-2002**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Samuel B Randolph

Page 22 of 35

### ENTRIES

| Sequence Number | CP Filed Date | Document Date |
|---|---|---|

**1**     04/21/2006

Certificate of Remittal / Remand of Record from Supreme Court (# 432 CAP)

    Opinion (5-16-05) - The verdict and sentence of death is affirmed.  SEE ALSO:  # 1374, 1220 CR 2002

                                                          Supreme Court of Pennsylvania - Eastern District

---

**1**     10/02/2006

Motion for Post Conviction Collateral Relief

                       Randolph, Samuel B.

---

**1**     10/11/2006

Order of Court; 10/10/06

    Upon consideration of Petitioner's request for extension of time within which to file a counseled PCRA Petition, as set forth in counsel's letter to the court dated September 29, 2006, It is hereby Ordered that the request for extension is Granted.  The Counseled Amended Petition shall be filed on or before February 13, 2007.Dist: 10/11/06; also see 1220, 1374, 1746 CR 2002

                       Hoover, Todd A.

---

**1**     02/13/2007

Amended Petition for Writ of Habeas Corpus and for Collateral Relief from Criminal Conviction...

    "Amended Petition for Writ of Habeas Corpus and for Collateral Relief from Criminal Conviction Pursuant to the Post Conviction Relief Act,42 Pa.C.S.9541" Pri/Randolph/Atty; also see 1220, 1374, 1746 CR 2002

                       Dunham, Robert Brett

---

**1**     02/23/2007

Commonwealth's Motion to Quash the Defendant's Amended Petition for Collateral Relief

    (Comm/Chardo/DA) - SEE ALSO:  # 1220, 1374 CR 2002

                       District Attorney

---

**1**     05/01/2007

Amended Pet for Writ of Habeas Corpus and for Coll Relief from Crim. Conv. Purs to PCRA Act.

    filed by R. Dunham, Esq.  Orig filed in 1220CR2002.

                       Dunham, Robert Brett

---

**2**     05/01/2007

Cert of Witnesses & Supporting Documents in Support of Amended Pet for Writ of Habeas Corpus-Vol. I

    filed by R. Dunham, Esq.  Orig filed in 1220CR2002.

                       Dunham, Robert Brett

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF DAUPHIN COUNTY

## DOCKET



**Docket Number: CP-22-CR-0001746-2002**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Samuel B Randolph

Page 23 of 35

## ENTRIES

| Sequence Number | CP Filed Date | Document Date |
|---|---|---|

**3**          05/01/2007
Cert of Witnesses & Supporting Documents in Support of Amended Pet for Writ of Habeas Corpus-Vol. II
   filed by R. Dunham, Esq.  Orig filed in 1220CR2002

Dunham, Robert Brett

**1**          05/04/2007
Order of Court
   Distr. 05/04/07.  The DA shall file an Answer to the Amended Petition for Writ of Habeas Corpus and for Collateral Relief
   from Criminal Conviction (120 days)

Hoover, Todd A.

**1**          05/14/2007
Motion to Amend Petition for Writ of Habeas Corpus and for Collateral Relief from Crim Convic
   Motion to Amend Petition for Writ of Habeas Corpus and for Collateral Relief from Crim Conviction Pursuant to the Post
   Conviction Relief Act
   See 1220,1374,1746CR02
   (Def/Dunham/Fed Def)

Dunham, Robert Brett

**2**          05/14/2007
Amendment to Petition for Writ of Habeas Corpus and for Collateral Relief from Crim Convic Pursuant
   Amendment to Petition for Writ of Habeas Corpus and for Collateral Relief from Crim Convic Pursuant to the Post
   Conviction Relief Act
   See 1220,1374,1746CR02
   (Def/Dunham/Fed Def)

Dunham, Robert Brett

**3**          05/14/2007
Motion for Discovery
   See 1220,1374,1746CR02
   (Def/Dunham/Fed Def)

Dunham, Robert Brett

**1**          05/15/2007
Order - Comm shall show cause (10 days)
   Dist 5-15-07.  Orig filed in 1220CR2002.

Hoover, Todd A.

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial
System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed
data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can
only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record
Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF DAUPHIN COUNTY

## DOCKET



**Docket Number: CP-22-CR-0001746-2002**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Samuel B Randolph

Page 24 of 35

## ENTRIES

| Sequence Number | CP Filed Date | Document Date |
|---|---|---|

**1**      05/22/2007

Comm. Shall File Answer (20 days)

    See original filed CP-22-CR-1220-2002. Dist. 5/22/07

Hoover, Todd A.

---

**1**      05/31/2007

Commonwealth's Answer to Defendant's Motion for Discovery Pursuant to PA Rules of Crim Pro 903(E)(2)

    (Comm/Chardo/DA)  See also; 1220, 1374, 1746 CR 2002.

District Attorney

---

**1**      06/14/2007

Motion To Supplement and Amend Petition For Writ of Habeas Corpus And For Collateral Relief From

    Motion To Supplement and Amend Petition For Writ of Habeas Corpus And For Collateral Relief From Criminal Conviction Pursuant To The Post Conviction Relief Act, 42 PA. C.S. 9541.  See original filed 1220CR2002.

Dunham, Robert Brett

---

**2**      06/14/2007

Amendment To Petition For Writ of Habeas Corpus And For Collateral Relief From Criminal Conviction

    Amendment To Petition For Writ of Habeas Corpus And For Collateral Relief From Criminal Conviction Pursuant To The Post Conviction Relief Act, 42 PA. C.S. 9541.  See original filed 1220CR2002.

Dunham, Robert Brett

---

**3**      06/14/2007

Reply To Commonwealth's Answer To Defendant's Motion for Discovery Pursuant To Pennsylvania

    Reply To Commonwealth's Answer To Defendant's Motion for Discovery Pursuant To Pennsylvania Rules of Criminal Procedure 903(E)(2).  See original filed 1220CR2002.

Dunham, Robert Brett

---

**1**      07/19/2007

Order of Court - Defendant's Motion Granted

    Defendant's Motion to Supplement and Amend Petition for Writ of Habeas Corpus and for Collateral Relief from Criminal Conviction Pursuant to the Post Conviction Relief Act Granted.  Defendant shall within 60 days file a Supplemental Amendment.  Commonwealth shall file a Reply within 120 days of receipt thereof. Defendant's Motion for Discovery is Denied consistent with the terms of this Order. See original filed 1220CR2002.  Dist. 7/19/07

Hoover, Todd A.

---

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF DAUPHIN COUNTY

## DOCKET



**Docket Number: CP-22-CR-0001746-2002**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Samuel B Randolph

Page 25 of 35

## ENTRIES

| Sequence Number | CP Filed Date | Document Date |
|---|---|---|

**1**                08/22/2007

Supplemental Amendment To Motion For Discovery Pursuant To Pennsylvania Rules of

Supplemental Amendment To Motion For Discovery Pursuant To Pennsylvania Rules of Criminal Procedure 903(E)(2). See original filed 1220CR2002.

Dunham, Robert Brett

---

**2**                08/22/2007

Fourth Motion To Amend And Supplement Petition For Writ Of Habeas Corpus And For

Fourth Motion To Amend And Supplement Petition For Writ Of Habeas Corpus And For Collateral Relief From Criminal Conviction Pursuant To The Post Conviction Relief Act, 42 PA.C.S. 9541 Et. Seq.   See original filed 1220CR2002

Dunham, Robert Brett

---

**1**                08/23/2007

Fourth Amendment To Petition For Writ of Habeas Corpus And For Collateral Relief From

Fourth Amendment To Petition For Writ of Habeas Corpus And For Collateral Relief From Criminal Conviction Pursuant To The Post Conviction Relief Act, 42 PA.C.S. 9541 Et. Seq. To Include Newly Discovered Evidence Supporting Petitioner's Claim Of Innocence.   See original filed 1220CR2002.

Dunham, Robert Brett

---

**1**                08/28/2007

Notice Of Filing

See original filed 1220CR2002

Dunham, Robert Brett

---

**1**                12/11/2007

Commonwealth's Motion to Extend the Period for Filing Answer to Petition for Collateral Review

(Comm/Chardo/DA) - SEE  ALSO:  # 1220, 1374  CR 2002

District Attorney

---

**1**                12/13/2007

Order of Court - Comm.'s Motion Granted

Commonwealth's Answer to the Petition for Collateral is due on or before 3/20/08.  See original filed 1220CR2002.   Dist. 12/13/07

Hoover, Todd A.

---

Printed:  08/02/2010

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

## COURT OF COMMON PLEAS OF DAUPHIN COUNTY

### DOCKET



**Docket Number: CP-22-CR-0001746-2002**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Samuel B Randolph

Page 26 of 35

### ENTRIES

| Sequence Number | CP Filed Date | Document Date |
|---|---|---|

**1**          02/11/2008

Supplemental Facts In Support Of Petition For Writ Of Habeas Corpus And For Collateral Relief

Supplemental Facts In Support Of Petition For Writ Of Habeas Corpus And For Collateral Relief From Criminal Conviction Pursuant To The Post Conviction Relief Act, 42 PA. C.S. 9541 ET SEQ. Reflecting Newly Disclosed Information By The Commonwealth Supporting Petitioner's Innocence  See 1220; 1374; 1746CR02

Dunham, Robert Brett

---

**2**          02/11/2008

Petitioner's Second Motion For Discovery Pursuant To Pennsylvania Rules Of Criminal Procedure

Petitioner's Second Motion For Discovery Pursuant To Pennsylvania Rules Of Criminal Procedure 903 (E)(2) On The Basis Of Recently Disclosed Information Supporting Petitioner's Innocence  See 1220; 1374; 1746CR02

Dunham, Robert Brett

---

**1**          03/18/2008

Commonwealth's Answer To Defendant's Petition For Post-Conviction Relief

(Comm./Chardo/DA) Commonwealth's Answer To Defendant's Petition For Post-Conviction Relief And Writ Of Habeas Corpus As Amended, filed.  Linked Cases:  CR-1220-2002; CR-1374-2002; CR-1746-2002.

District Attorney

---

**1**          04/16/2008

Petitioner's Motion Requesting Leave To File His Reply To The Commonwealth's Answer To His

Petitioner's Motion Requesting Leave To File His Reply To The Commonwealth's Answer To His Reply To The Commonwealth's Answer To His Petition For Post-Conviction Relief Within Sixty (60) Days  See 1220, 1374, 1746CR2002

Dunham, Robert Brett

---

**1**          05/13/2008

Notice Of Filing Corrected Proposed Order

See 1220, 1374, 1746CR02

Dunham, Robert Brett

---

**1**          05/23/2008

Order of Court - Comm. shall answer (20 days)

Comm. shall file an answer to the Def.'s Second Motion for Discovery within 20 days of the date of this order.  See 1220, 1374, 1746CR2002  Dist. 5/23/08

Turgeon, Jeannine

---

AOPC 2220 - Rev 08/02/2010

Printed: 08/02/2010

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF DAUPHIN COUNTY

## DOCKET



**Docket Number: CP-22-CR-0001746-2002**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Samuel B Randolph

Page 27 of 35

## ENTRIES

| Sequence Number | CP Filed Date | Document Date |
|---|---|---|

**1**   05/28/2008
Commonwealth's Answer to Petitioner's Second Motion for Discovery
   (Comm/Chardo/DA)  See also: 1220, 1374, 1746 CR 2002

        District Attorney

**1**   06/16/2008
Reply To The Commonwealth's Answer To Petition For Post-Conviction Relief
   See 1220, 1374, 1746CR02

        Dunham, Robert Brett

**1**   10/14/2008
Order Scheduling Hearing
   Hearing scheduled 12/5/08 from 1:00 pm to 2:00 pm.  See 1220, 1384, 1746CR02  Dist. 10/14/08

        Hoover, Todd A.

**1**   11/13/2008
Supplemental Facts to Claim IV of the Petition for Writ of Habeas Corpus and for Collateral Relief f
   Supplemental Facts to Claim IV of the Petition for Writ of Habeas Corpus and for Collateral Relief from Criminal
Conviction Prussuant to the Post Conviction Relief Act.
   See 1220,1374,1746CR02

        Dunham, Robert Brett

**2**   11/13/2008
Motion to Supplement Petition for Writ of Habeas Corpus and for Collateral Relief from Criminal Conv
   Motion to Supplement Petition for Writ of Habeas Corpus and for Collateral Relief from Criminal Conviction Pursuant to
the Post Conviction Relief Act
   See 1220,1374,1746CR02

        Dunham, Robert Brett

**1**   11/28/2008
Order of Court - Comm. shall file answer
   Comm. shall file answer to Def.'s Motion within 20 days.  See 1220, 1374, 1746CR02  Dist. 11/28/08

        Hoover, Todd A.

**1**   12/19/2008
Supplemental Certification Of Witnesses Pursuant To 42 Pa.C.S. 9545 (d)(1)
   See 1220, 1374, 1746CR2002

        Dunham, Robert Brett

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial
System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed
data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can
only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record
Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

## COURT OF COMMON PLEAS OF DAUPHIN COUNTY

### DOCKET



**Docket Number: CP-22-CR-0001746-2002**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Samuel B Randolph

Page 28 of 35

### ENTRIES

| Sequence Number | CP Filed Date | Document Date |
|---|---|---|

---

1   01/09/2009

Commonwealth's Answer To Defedant's Supplemental Facts To Claim IV Of The Petition For Pos

Commonwealth's Answer To Defedant's Supplemental Facts To Claim IV Of The Petition For Post Conviction Relief And Writ Of Habeas Corpus   See 1220, 1374, 1746CR02  (Comm/Gettle/DA)

District Attorney

---

1   02/09/2009

Motion To Recuse The Dauphin County District Attorney And Request For The Intervention Of

Motion To Recuse The Dauphin County District Attorney And Request For The Intervention Of The Attorney General Pursuant To Pa.R.Prof.Con. 3.7 And 71 P.S. 732-205  See 1220, 1374, 1746CR02

Dunham, Robert Brett

---

2   02/09/2009

Supplemental Certification Of Witnesses Pursuant To 42 Pa.C.S. 9545 (d)(1)

See 1220, 1374, 1746CR02

Dunham, Robert Brett

---

1   02/10/2009

Transcript of Proceedings- Conference (12/5/08)

Judge Hoover

SEE: 1220, 1374, 1746 CR 02

Court of Common Pleas - Dauphin County

---

1   03/24/2009

Motion For Summary Relief Pursuant To Pa.R.Crim.P. 907 (2)

See 1220, 1374, 1746CR2002

Dunham, Robert Brett

---

1   07/06/2009

Rule to Show Cause

Comm. shall file answer to Def.'s motion.  Further pleadings and ruling as to Def.'s motion is stayed pending disposition of Def.'s motion.  See 1220, 1374, 1746CR2002  Dist. 7/6/09

Hoover, Todd A.

---

AOPC 2220 - Rev 08/02/2010

Printed:  08/02/2010

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

## COURT OF COMMON PLEAS OF DAUPHIN COUNTY

### DOCKET



Docket Number: CP-22-CR-0001746-2002

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Samuel B Randolph

Page 29 of 35

### ENTRIES

| Sequence Number | CP Filed Date | Document Date |
|---|---|---|

**1**          08/27/2009

Commonwealth's Answer To Petitioner's Motion

(Comm/Gettle/DA) Commonwealth's Answer To Petitioner's Motion To Recuse The Dauphin County District Attorney And Request For Intervention Of The Attorney General.  See also Case # 1220-CR-2002, and 1374-CR-2002.

District Attorney

---

**1**          10/30/2009

ExParte Petition for an Order Directing Release of Medical, Psychiatric, and General Records from

ExParte Petition for an Order Directing Release of Medical, Psychiatric, and General Records from the University of Pittsburgh Medical Center, Presbyterian Hospital and the PA Department of Corrections

See 1220,1374,1746CR02

(Def/Hudson/Fed Def)

Dunham, Robert Brett

---

**2**          10/30/2009

Ex Parte Motion for Leave to File Ex Parte Motion Under Seal

See 1220,1374,1746CR02

(Def/Hudson/Fed Def)

Dunham, Robert Brett

---

**1**          11/06/2009

Answer of the Department of Corrections to the Ex Parte Petition for an Order Directing Release of

(Governor's Office of General Counsel/Robert MacIntyre)

Answer of the Department of Corrections to the Ex Parte Petition for an Order Directing Release of Medical, Psychiatric and General Records and New Matter

See 1220,1374,1746CR02

Statewide

---

**1**          11/25/2009

Petitioner's Reply to Answer of the Department of Corrections to the Ex Parte Petition for

Petitioner's Reply to Answer of the Department of Corrections to the Ex Parte Petition for an Order Directing Release of Medical, Psychiatric and Gernal Records and New Matter  See 1746, 1220, 1374CR2002  (Def/Hudson/Priv)

Attorney

---

**1**          12/10/2009

Order Scheduling Hearing

Hearing scheduled for 1/25/10 at 1 pm.  See 1220, 1374, 1746CR2002  Dist. 12/10/09

Hoover, Todd A.

---

AOPC 2220 - Rev 08/02/2010                                    Printed: 08/02/2010

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF DAUPHIN COUNTY

## DOCKET



Docket Number: CP-22-CR-0001746-2002

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Samuel B Randolph

Page 30 of 35

## ENTRIES

| Sequence Number | CP Filed Date | Document Date |
|---|---|---|

**1**      01/25/2010

Petitioner's Motion for an Order Directing the Pennsylvania Department of Corrections to

Petitioner's Motion for an Order Directing the Pennsylvania Department of Corrections to Provide Petitioner's Counsel With Proper and Adequate Access to Counsel Or, in the Alternative, Move Petitioner to an Instiution Where such Access Can be Provided  See 1220, 1374, 1746CR2002    (Def/Hudson/Defender Association)

Dunham, Robert Brett

**1**      01/27/2010

Order - Petition is resolved

Petition for Order Directing Release of Medical, Psychiatric and General Records filed with this court has been resolved . Dist. 1/27/10

Hoover, Todd A.

**2**      01/27/2010

Order - counsel shall apprise court

Petitioner's counsel shall apprise court in writing at such time as counsel recieves medical records of petition ordered to be produced in petitioner's federal action.  Counsel apprise court as to whether counsel's review of records and decision as to any action based thereon, may be completed within 30 days.   Upon receipt of such correspondence, court shall enter appropriate scheduling order.  See 1220, 1374, 1746CR02  Dist. 1/27/10

Hoover, Todd A.

**1**      02/02/2010

Order - Dept Corrections shall file response

Dept Corrections shall file response to Def.'s motion (10 days)  See 1220, 1374, 1746CR2002  Dist. 2/2/10

Hoover, Todd A.

**1**      02/11/2010

Commonwealth's Answer to Petitioner's Motion for an Order Directing the PA Dept. of Corr.

Commonwealth's Answer to Petitioner's Motion for an Order Directing the PA Dept. of Corrections to Provide Petitioner's Counsel with Proper and Adequate Access to Counsel or in the Alternative, Move Petitioner to an Institution Where Such Access Can be Provided

(Comm/Gettle/DA)  See also: 1220, 1374 and 1746 CR 2002

District Attorney

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF DAUPHIN COUNTY

## DOCKET



Docket Number: CP-22-CR-0001746-2002

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Samuel B Randolph

Page 31 of 35

## ENTRIES

| Sequence Number | CP Filed Date | Document Date |
|---|---|---|
| 1 | 02/12/2010 | |

Response of the Department of Corrections to Petitioner's Motion for an Order to Provide Petitioner

Response of the Department of Corrections to Petitioner's Motion for an Order to Provide Petitioner's Counsel with Proper and Adequate Access to Counsel or in the Alternative, Move Petitioner to an Institution Where Such Access Can be Provided.

(Randall Sears, Esq/Chief Counsel for Dept. of Corr.)

See 1220,1374,1746CR02

Attorney

- - - - - - - -

| 1 | 03/03/2010 | |

Transcript of Proceedings- Telephone Conference (1/5/10)

Judge Hoover

1220, 1374, 1746 CR 02

Court of Common Pleas - Dauphin County

- - - - - - - -

| 1 | 03/10/2010 | |

Petitioner's Response to the Court's Inquiry Concerning Provision of Confidential Attorney-Client

Petitioner's Response to the Court's Inquiry Concerning Provision of Confidential Attorney-Client Visit  See 1220, 1374, 1746CR02  (Def/Hudson/Priv)

Attorney

- - - - - - - -

| 1 | 03/18/2010 | |

Petitioner's Renewed Motion for an Order Directing the Pennsylvania Department of

Petitioner's Renewed Motion for an Order Directing the Pennsylvania Department of Corrections to Provide Petitioner's Counsel with Proper and Adequate Access to Counsel  See 1220, 1374, 1746CR2002  (Def/Hudson/Priv)

Attorney

- - - - - - - -

| 1 | 03/24/2010 | |

Order - Comm. & Dept Corrections shall file answers

Comm. & Dept Corrections shall file answers to Petitioner's Renewed Motion for an Order directing the PA Dept. of Corrections to Provide Petitioner's Counsel with Proper and Adequate Access to Counsel  (14 days)  See 1220, 1374, 1746CR02.  Dist. 3/24/10

Hoover, Todd A.

AOPC 2220 - Rev 08/02/2010

Printed: 08/02/2010

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF DAUPHIN COUNTY

## DOCKET



**Docket Number: CP-22-CR-0001746-2002**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Samuel B Randolph

Page 32 of 35

## ENTRIES

| Sequence Number | CP Filed Date | Document Date |
|---|---|---|

1          04/08/2010
Comm Answer to Def Renewed Motion for an Order Directing the PA Dept of Corrections to Provide Couns
   Comm Answer to Def Renewed Motion for an Order Directing the PA Dept of Corrections to Provide Counsel with Proper
   and Adequate Access to Counsel (Comm/Gettle/DA)
   See also: 1220, 1374 and 1746 CR 2002

                  District Attorney

1          04/09/2010
Response to Petitioner's Renewed Motion "For an Order Directing the Pennsylvania Department
   Response to Petitioner's Renewed Motion "For an Order Directing the Pennsylvania Department of Corrections to
   Provide Petitioner's Counsel with Proper and Adquate Access to Counsel   See 1220, 1374, 1746CR2002
   (Def/Macus-Bryan/Priv)

                  Attorney

1          04/16/2010
Order Scheduling Hearing
   Hearing scheduled for 5/27/10 at 9:30 am.  Dist. 4/16/10  see 1220, 1374, 1746CR2002

                  Hoover, Todd A.

1          04/26/2010
Writ Defendant to be Produced
   For the purpose of PCRA hearing scheduled for 5/27/10.  See 1220, 1374, 1746CR2002  Dist. 4/26/10

                  Hoover, Todd A.

1          04/28/2010
Order Scheduling Hearing
   Evidentiary hearing rescheduled to 5/26/10 at 2 pm.  See 1220, 1374, 1746CR02  Dist. 4/28/10

                  Hoover, Todd A.

1          05/26/2010
Sheriff Return, filed

                  Sheriff

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial
System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed
data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can
only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record
Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# Exhibit 2

# PROGRESS NOTES

| Date/<br>Time | Discipline<br>Abbreviation | Remarks<br>Subjective, Objective, Assessment, Plan |
|---|---|---|
| 5/3/09 | LPN | (S) "I don't want to take those meds anymore, they are making me sick." (Inmate refusing all medications) (A) none. (P) Chart forwarded to Dr. Jin. Inmate refused to sign DC462 _____ _SOSNAK LPN_ |
| 5-4-09<br>1340 | PNC | O: Returned ATA from medical trip, denies injury on transportation, EEG done report to follow. _RONALD A LEDWICH RN II_ |
| 5/4/09<br>1445 | RNS | S/ Spoke of her medical CHCA, sister is requesting information about inmate. This was spoke to inmate. Reviewed DC-108 - Release of Information with inmate and inmate states he does not want to sign this. Verbalizing understanding that we will not be able to talk to sister Shari. A/ Refused DC-108. P/ Medical CHCA made aware. _____ _Nedra Gregg_<br>NEDRA GREGG<br>REGISTER NURSE SUPV. |
| 5/9/09<br>1950. | RN | JM refused medication. DC 462 completed. JM refused to sign. Chart to MD for review. _S Zuchowsky RN_<br>SUZAN ZUCHOWSKY RN2 |

Progress Notes<br>
Commonwealth of Pennsylvania<br>
Department of Corrections<br>
DC-472

Revised 3/2007

Name: _Randolph, Samuel_

Number: _FJ 5881_

Facility: _Sci Greene_

355 001837

# Exhibit 3

## CONSULTATION RECORD

| Part A: Completed by referring facility | Type of Consult: (Circle) (Initial) Follow-up   On-Site (Off-Site) Telemedicine |
|---|---|
| Referred to: For EEG | If Off-Site: (Circle)  OV  OS  XR  DI | Authorization #: |

Last PPD: Date: 5/2/08
Result: ☒ Negative ☐ Positive mm:

Drug Sensitivity: NKA

Appt. Date/Time:

Copies of relevant health information attached: (Circle)   Yes   No   ☒ ROUTINE   ☐ URGENT

**History of Present Illness/Injury/Physical Findings:**

6 month Hx of recent onset of severe Ha/Im
Questionable Hx of severe Ha. Recently Started on
Phenobarbital / Dilantin.
Documented Hx migraine Ha. Since '03'
Hx of Head injury '05'
Seizures as child from birth to age 25 - no meds since age 25/Im

**Treatment to Date/Current Medications and Significant Medication History:**   Fioricet 3/2/09

Motrin '03'                    Vicodin 6/08   Imitrex 1/23/09
Phenergan "05"                        Inderal 3/15/09
Excedrine Migraine "05" "06"  Tylenol 500mg TID
Protactin Level 1/15 to 20.6

Signature of Referring Physician          Date

Mike BYUNGHAK ITK 4/13/09

| UR Decision: Site Medical Director (Check) ☐ More Information ☒ Approval ☐ Alternate Treatment Plan | Signature/Date: |
| UR Decision: Regional Medical Director (Check) ☐ More Information ☐ Approval ☐ Alternate Treatment Plan | Signature/Date: |
| UR Decision: State Medical Director (Check) ☐ More Information ☐ Approval ☐ Alternate Treatment Plan | Signature/Date: |

**Part B: (Check) ☐ To be completed by Consultant and returned with officer to the facility**

EEG Completed 5/4/09

| Signature of Site/Regional/State Medical Director   Date/Time | Signature of Consultant   Date/Time |
| BYUNGHAK   5/17/10 | J. Hughes CRT   5/4/09 1250 |

Commonwealth of Pennsylvania
Department of Corrections
Consultation Record
DC-441

Inmate Name: Randolph Samuel
Inmate Number: FJ5881

Facility: Coleese

Revised 6/2005

WHITE: Medical Record          CANARY: Consultant          PINK: Medical Record   001611

139