# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAMUEL RANDOLPH**, | : | |
| | : | |
| Petitioner | : | No. 1:06-CV-0901 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **JOHN E. WETZEL**, Secretary, | : | |
| Pennsylvania Department of | : | |
| Corrections; **LOUIS B. FOLINO**, | : | |
| Superintendent of the State | : | |
| Correctional Institution at Greene; | : | **THIS IS A CAPITAL CASE** |
| and **MARIROSA LAMAS**, | : | |
| Superintendent of the State | : | |
| Correctional Institution at | : | |
| Rockview, | : | |
| | : | |
| Respondents | : | |

## **ORDER**

AND NOW, this 2nd day of May, 2012, upon consideration of the pro se motion for reconsideration (Doc. 64) of the court's order issued on April 10, 2012, that denied petitioner's pro se motion to appoint new counsel and placed the matter on hold pending its disposition in the Dauphin County Court of Common Pleas, Pennsylvania (see Doc. 63), and noting that petitioner is represented by counsel in these federal habeas proceedings, thus the court will not accept for filing any pro se motions or correspondence from petitioner, rather, any motions or correspondence filed on behalf of petitioner must be done so by counsel of record, IT IS HEREBY ORDERED THAT the pro se motion for reconsideration (Doc. 64) is DENIED, without prejudice, as a pro se filing.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge