# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAMUEL RANDOLPH**, | : | No. 1:06-CV-0901 |
| Petitioner | : | |
| v. | : | (Chief Judge Conner) |
| **JOHN E. WETZEL**, Secretary, Pennsylvania Department of Corrections; **LOUIS B. FOLINO**, Superintendent of the State Correctional Institution at Greene; and **MARIROSA LAMAS**, Superintendent of the State Correctional Institution at Rockview, | : | **THIS IS A CAPITAL CASE** |
| **Respondents** | : | |

## **ORDER**

AND NOW, this 16th day of November, 2015, upon consideration of petitioner's latest status report regarding discovery requests (Doc. 139), in which petitioner states that four boxes of material were either lost, misplaced, or stolen from the Dauphin County District Attorney's Office, and "respectfully request[s] the Court's assistance in the resolution of this matter," (id. ¶ 5), and concluding that such a request would be more appropriately presented in a motion, it is hereby ORDERED that petitioner's request for the Court's assistance in discovery (Doc. 139 ¶ 5) is STRICKEN without prejudice to petitioner's right to file a motion to compel discovery.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania