IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAMUEL RANDOLPH**, | : | No. 1:06-CV-0901 |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **JEFFREY BEARD**, Commissioner, Pennsylvania Department of Corrections; **LOUIS B. FOLINO**, Superintendent of the State Correctional Institution at Greene; and **FRANKLIN J. TENNIS**, Superintendent of the State Correctional Institution at Rockview, | : | **THIS IS A CAPITAL CASE** |
| Respondents | : | |

## ORDER

AND NOW, this 4th day of August, 2016, upon consideration of petitioner's motion for disclosure of information relevant to the motion to compel discovery and consolidated brief in support (Doc. 165), and noting that the parties have jointly requested a hearing regarding the status of the items subject to the court's discovery order (Doc. 116) and the efforts made in an attempt to locate missing discovery materials, and further noting that the court is conducting such a hearing on Friday, August 5, 2016 (see Doc. 161) at which time the court will hear oral argument, it is hereby ORDERED that the motion for disclosure of information (Doc. 165) is GRANTED.  Respondents shall make all reasonable efforts to provide the following information at the August 5, 2016 hearing:

1. Any lists or logs in the possession of the Dauphin County District Attorney's Office documenting the storage of petitioner's file;

2. Any emails referencing the storage or maintenance of petitioner's file;

3. The name of any off-site storage facility used by the Dauphin County District Attorney's Office during the pendency of petitioner's case, and any logs or other documentation regarding

        the shipment of petitioner's file off-site;

4. Any chain of custody documentation regarding petitioner's file;

5. A list of individuals within the Dauphin County District Attorney's Office who held any responsibility for maintaining petitioner's file; and

6. Any manual, memorandum, or other policy document pertaining to the Dauphin County District Attorney's Office file storage and retention policy.

Further, the Court will address any dispute with respect to location and disclosure of this information at the August 5, 2016 hearing.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania