# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAMUEL RANDOLPH,** | : | No. 1:06-CV-0901 |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **JEFFREY BEARD**, Commissioner, Pennsylvania Department of Corrections; **LOUIS B. FOLINO**, Superintendent of the State Correctional Institution at Greene; and **FRANKLIN J. TENNIS**, Superintendent of the State Correctional Institution at Rockview, | : | **THIS IS A CAPITAL CASE** |
| Respondents | : | |

## **ORDER**

AND NOW, this 30th day of April, 2018, upon consideration of petitioner's request for an evidentiary hearing (Doc. 182), it is hereby ORDERED that the request is GRANTED. The Court shall conduct a one-day evidentiary hearing on **July 24, 2019, at 10:00 a.m**., in Courtroom Number 2 of the Federal Building and U.S. Courthouse, 228 Walnut Street, Harrisburg, Pennsylvania.

In order to facilitate the efficient presentation of evidence at the evidentiary hearing, the Court further ORDERS as follows:

1. To the extent that the parties intend to call witnesses at the evidentiary hearing, they must file and serve their list of witnesses on or before June 3, 2019.

2. A telephonic prehearing conference call to discuss prehearing evidentiary issues is scheduled for **June 18, 2019 at 10:00 a.m.** The Court shall initiate the conference call. All counsel shall be ready to proceed when contacted.

        /S/ Christopher C. Conner
        Christopher C. Conner, Chief Judge
        United States District Court
        Middle District of Pennsylvania