UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR      :
ADMISSION TO PRACTICE IN THIS COURT   :   NO. 1:06-CV-0901

## PETITION

I __Joshua Marcin__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   __Federal Community Defender Office, E.D. Pa.__

__601 Walnut Street, Suite 545 West__

__Philadelphia, PA 19106__

Office Telephone:   __215-928-0520__

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.
__State Bar of California (August 2015)__

__Commonwealth of Pennsylvania, Limited Admission Pa. B.A.R. 311 (August 2017)__

__U.S. District Court for the Eastern District of Pennsylvania (October 2018)__

My attorney Identification number is: __California (304748); Pennsylvania B.A.R. 311 (323960)__

---

FOR COURT USE ONLY

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

XX   SPECIAL ADMISSION:

GRANTED BY THE COURT  /s/CHRISTOPHER C. CONNER   Date: __7/23/19__

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

None

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

None

I do ____, do not ✓, have any disciplinary action, contempt or other proceedings involving me pending before any court. (Check the appropriate space.) If there are pending proceedings, please explain: ____

I am seeking:

____ General Admission under Local Rule LR 83.8.1

✓ Special Admission (specify by a check which rule) under

LR 83.8.2.1 ____, LR 83.8.2.2 ____, LR 83.8.2.3 ✓ or LR 83.8.2.4 ____

If seeking special admission under Local Rules LR 83.8.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows:

I am employed as a Research and Writing Specialist with the Federal Community Defender Office for E.D. Pa.

NAME THE PARTY YOU REPRESENT:

Samuel Randolph

If special admission is requested for a particular case, please list case number and caption:

Case # 06-cv-00901-CCC-AM

Caption # Randolph v. Beard

I understand that:

1) If seeking admission under Section LR 83.8.2.2, LR 83.8.2.3, or 83.8.2.4, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission, only in a particular case, under Rule LR 83.8.2.1, I need no sponsor's certificate. Any attorney specially admitted under LR 83.8.2.1, shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8.1 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences and trials. (See LR 83.9)

If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

_____

_____

3) If seeking general admission under Rule LR 83.8.1, I must be a member of the bar of the Supreme Court of Pennsylvania and have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

Joshua Marcin
PETITIONER

CA (304748); Pa. B.A.R. 311 (323960)
(Bar Identification Number and State where admitted)

7/11/2019
(Date)

By signing this petition for admission, I acknowledge that I have read the attached Middle District of Pennsylvania Code of Professional Conduct and agree to subscribe to the standards set forth in the Code.

NAME OF PETITIONER _____
Joshua Marcin

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CODE OF PROFESSIONAL CONDUCT

**As a member of the Bar of the United States District Court for the Middle District of Pennsylvania, I will strive for the following professional ideal:**

1. The rule of law will govern my entire conduct. I will not violate the law or place myself above the law.

2. I will treat with civility and respect the lawyers, clients, opposing parties, the court and all the officials with whom I work. Professional courtesy is compatible with vigorous advocacy and zealous representation. Even though antagonism may be expected by my client, it is not part of my duty to my client.

3. I will respect other lawyers' schedules as my own, and will seek agreement on meetings, depositions, hearings, and trial dates. A reasonable request for a scheduling accommodation should never be unreasonably refused.

4. Communications are life lines. I will keep the lines open. Telephone calls and correspondence are a two-way channel; I will respond to them promptly.

5. I will be punctual in appointments, communications and in honoring scheduled appearances. Neglect and tardiness are demeaning to others and to the judicial system.

6. I will earnestly attempt to resolve differences through negotiation, expeditiously and without needless expense.

7. Procedural rules are necessary to judicial order and decorum. I will be mindful that pleadings, discovery processes and motions cost time and money. I will not use them heedlessly. If an adversary is entitled to something, I will provide it without unnecessary formalities.

8. I will not engage in conduct that brings disorder or disruption to the courtroom. I will advise my client and witnesses appearing in court of the proper conduct expected and required there and, to the best of my ability, prevent my client and witnesses from creating disorder or disruption.

9. Before dates for hearings or trials are set, or if that is not feasible immediately after such date has been set, I will attempt to verify the availability of necessary participants and witnesses so I can promptly notify the court of any likely problems.

I agree to subscribe to the above Code of Professional Conduct:

_____
Signature

# FEDERAL COMMUNITY DEFENDER OFFICE
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*Capital Habeas Unit*

FEDERAL COURT DIVISION - DEFENDER ASSOCIATION OF PHILADELPHIA

SUITE 545 WEST -- THE CURTIS CENTER
601 WALNUT STREET
PHILADELPHIA, PA 19106

| | | |
|---|---|---|
| *LEIGH M. SKIPPER*<br>CHIEF FEDERAL DEFENDER | PHONE NUMBER (215) 928-0520<br>FAX NUMBER    (215) 928-0826<br>FAX NUMBER    (215) 928-3508 | *HELEN A. MARINO*<br>FIRST ASSISTANT FEDERAL<br>DEFENDER |

July 11, 2019

United States District Court
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17101

**Re: Special Admission for Attorney Joshua Marcin Pursuant to L.R. 83.8.2.3**

To Whom It May Concern:

I am writing to advise you that attorney Joshua Marcin is employed as a Research and Writing Specialist with the Federal Community Defender Office for the Eastern District of Pennsylvania. This office has been appointed to represent Mr. Samuel Randolph, a capital habeas petitioner proceeding in forma pauperis in *Randolph v. Beard*, No. 06-cv-00901-CCC-AM. I supervise Mr. Marcin, who performs duties to assist in the representation of the petitioner in this case. I respectfully submit that Mr. Marcin is eligible for special admission to the United States District Court for the Middle District of Pennsylvania pursuant to Local Rule 83.8.2.3.

Sincerely,

Jennifer Chiccarino
Assistant Chief, Capital Habeas Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania